## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CESAR PANIAGUA, DEVON EATON AND KELLIE RUSSELL, ON BEHALF OF THEMSELVES AND ALL OTHER SIMILARLY SITUATED PLAINTIFFS, KNOWN AND UNKNOWN, | ) ) ) ) ) | N⍙. 25 cv 2120 |
| Plaintiffs, | ) ) ) | **The Honorable LaShonda A. Hunt Presiding Judge** |
| v. | ) ) | The Honorble Maria Valdez Magistrate Judge |
| SMOKE POST, SMOKE POST HARLEM LLC, SMOKE POST BUCKTOWN LLC, SMOKE POST DIVISION LLC, SMOKE POST BELMONT LLC, SMOKE POST LOOP LLC, SMOKE POST OLD TOWN, DIMITRI GROZDOV, INDIVIDUALLY, AND SMADJA ELAD, INDIVIDUALLY | ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

## PLAINTIFFS' UNOPPOSED/CONSENT MOTION FOR APPROVAL OF FAIR LABOR STANDARDS ACT SETTLEMENT

NOW COME Plaintiffs, by their attorney of record, and for their Unopposed/Consent

Motion For Approval of Fair Labor Standards Act Settlement, hereby submit their

Memorandum of Law in Support, filed concurrent herewith.

Respectfully submitted,

*Electronically Filed 09/19/2025*

s/ John W. Billhorn

---------------------------------------
John W. Billhorn

BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 1137
Chicago, Illinois 60604
(312) 853-1450

## CERTIFICATE OF SERVICE

TO:    Douglas B. Wexler
        Defendants' Attorney
        77 W. Wacker Dr., Suite 4500
        Chicago, IL 60601
        (312) 236-2139

The undersigned hereby attests under oath that on September 19 2025, he caused to be served upon the attorney(s) of record herein the aforementioned document(s), by the Court's ECF system, or as otherwise directed.

Respectfully submitted,

*Electronically Filed 09/19/2025*

s/ John W. Billhorn

----------------------------------------
John W. Billhorn

BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 1137
Chicago, Illinois 60604
(312) 853-1450