# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Cesar Paniagua, et al.
                      Plaintiff,

v.                                         Case No.: 1:25−cv−02120
                                                       Honorable LaShonda A. Hunt

Smoke Post, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 6, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: The Court has reviewed Plaintiffs' Unopposed/Consent Motion for Approval of Fair Labor Standards Act Settlement [21]. Finding the settlement fair and reasonable, approval is granted for all the reasons stated in the motion. Enter Order Approving FLSA Settlement. The duplicate motion at [18] is terminated as moot. Per the parties' stipulation, this case is dismissed without prejudice. Civil case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.